

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　PLAINTIFF<br>v.<br>MIGUEL ANGEL ZAVALA<br><br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>8:17-MJ-00019<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

　　Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Tuesday, February 28, 2017_ , _____ , at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_ , in Courtroom _6B_ .

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　*(Other custodial officer)*

Dated: _February 22, 2017_　　　　　_Douglas F. McCormick_
　　　　　　　　　　　　　　　　　　U.S. ~~District Judge~~/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1